UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDDA
TAMPA DIVISION

NELSON ANTONSANTI and
JESSICA GODINEZ,

    Plaintiff,

v.                                  Case No. 8:17-cv-02202-EAK-TBM

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

## PLAINTIFFS' AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Nelson Antonsanti and Jessica Godinez, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(i), hereby dismiss their claims currently pending in the above captioned matter, without prejudice. Plaintiff has conferred with counsel for Defendant, Navient Solutions, LLC, and confirmed that Defendant does not oppose this request.

WHEREFORE, Plaintiffs Nelson Antonsanti and Jessica Godinez respectfully request that the Court dismiss this case without prejudice.

Respectfully submitted this 27th day of September, 2017

                                                      */s/ Christie D. Arkovich*
                                                      Christie D. Arkovich, Esq
                                                      Florida Bar No. 963690
                                                      Barbara C. Leon, Esq
                                                      Florida Bar No. 48215
                                                      CHRISTIE D. ARKOVICH, P.A.
                                                      1520 W. Cleveland St.
                                                      Tampa, Florida 33606
                                                      (813) 258-2808
                                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been furnished via ECF, Email and/or US Mail to Katherine Miller, Esq., kmiller@hunton.com on September 27, 2017:

    Katherine Miller
    HUNTON & WILLIAMS LLP
    1111 Brickell Avenue, Suite 2500
    Miami, Florida 33131
    Telephone: (305) 810-2500
    Facsimile: (305) 810-1610
    Email: KMiller@Hunton.com

*Counsel for Defendant*

    */s/ Christie D. Arkovich*
    Attorney